WATER COMMISSIONERS OF CITY OF BINGHAMTON, respt., v. CITY OF BINGHAMTON, Hollis M. Gitchell, as Treasurer of the City of Binghamton, and John A. Giles, as Commissioner of Public Works of the City of Binghamton. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Motion granted.

WATER SUPERVISION COMPANY, Plaintiff-Appellant, v. EMPIRE HOLDING COMPANY, Defendant-Respondent. (Supreme Court, Appellate Term, First Department. May 26, 1916.)
Appeal from Municipal Court, Borough of Manhattan, First District. Judgment dismissing the complaint, and plaintiff appeals. Modified and affirmed.

PER CURIAM. Plaintiff sued for services rendered pursuant to a contract. It failed to prove that the contract was signed by a person thereto duly authorized by the defendant, or that it had been ratified, or even that any services had been rendered. The complaint was properly dismissed, but the dismissal should not have been on the merits. Judgment modified, by striking therefrom the words "upon the merits," and as so modified, affirmed, without costs of the appeal to either party. All concur.

Alta M. WEAVER, respt., v. Leon L. DELAMARTER, applt. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Judgment and order unanimously affirmed, with costs.

Jacob C. WEBER, applt., v. ERIE RAILROAD CO., respt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment affirmed with costs. All concur.

In the Matter of the Petition of Donald C. WEDGEWORTH, as executor, etc., of Helen C. Wedgeworth, deceased, for an inquiry, etc. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Order affirmed, with $10 costs and disbursements, payable out of the estate. All concur.

Edward A. WEEKS et al. v. Decatur M. SAWYER et al. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion granted, and stay continued until return of commission. Settle order on notice.

Francis A. WEISBECKER et al., respondents, v. MULLER PAPER GOODS COMPANY, Inc., appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied. on condition that appellant perfect its appeal, place the case on the September calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Hyman WEITZER, on behalf of himself, etc., Applt., v. Max TURKELTAUB et al., Respts. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Edith M. WENSLEY, respondent, v. CITY OF NEW YORK and Edison Electric Illuminating Company of Brooklyn, appellants. John WENSLEY, respondent, v. SAME, appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Motions denied.

WESTERN UNION TELEGRAPH CO., Respt., v. Guy M. GEST, Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements, the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice.

Mary WHALEN, as administratrix, etc., respondent, v. NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs.

J. Du Fay WHITBECK, applt., v. Lily B. M. FENN, as execx., etc., respt. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Motion granted, and appeal dismissed, with costs, including $10 costs of this motion.

Mary F. WHITE, as committee of the person and property of Milton W. Hazelton, an incompetent, respondent, v. Joseph H. GLENNON, appellant. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Order reversed, with $10 costs and disbursements on the opinion written by this court on the previous motion. White v. Glennon, 171 App. Div. 86, 156 N. Y. Supp. 808. All concur.

John A. WHITE, applt., v. Albert VINCENT, respt. (Supreme Court, Appellate Division, Fourth Department. May 3, 1916.) Appeal dismissed, unless appellant file and serve printed record on appeal by May 12th and pay to respondent's attorney $10.

John A. WHITE, applt., v. Albert VINCENT, respt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Appeal dismissed, with costs, including $10 costs of motion, for failure to comply with order entered May 2d, upon stipulation filed.

WHITE RATS ACTORS' UNION v. ILLINOIS SURETY CO. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Application denied, with $10 costs. Order signed.

Julia WHITTAM and one, respts., v. William F. WALSH, applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Judgment affirmed with costs. All concur.

Weronika WILCINSKI, respt., v. NEW YORK CENTRAL R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed with costs. All concur.

Weronika WILCINSKI, respt., v. NEW YORK CENTRAL & HUDSON RIVER R. CO., applt. (Supreme Court, Appellate Divi-